In the Matter of JULIUS OPPENHEIMER, Respondent, against GEORGE C. KRAUS, as Building Inspector of the Village of Floral Park, et al., Appellants.

*Municipal corporations — building permit — mandamus to compel approval of plans and issuance of building permit properly granted.*

*Matter of Oppenheimer* v. *Kraus*, 221 App. Div. 773, affirmed.
(Argued October 10, 1927; decided October 25, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 24, 1927, which affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel approval of plans and issuance of a building permit for the erection of a building at the corner of Jericho turnpike and Vanderbilt avenue in the village of Floral Park.

*George Trosk* and *L. Hamilton Rainey* for appellants.
*Edward L. Frost* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.